LUPE GOMEZ
24818 W. Jones Ave
Buckeye, AZ 85326

Respondent/Debtor Pro Per

FILED
2011 APR 11  PM 3:25
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

### District of Arizona, Phoenix Division

In Re:
Chase Home Finance, LLC,
    Movant,

v.

LUPE GOMEZ
RESPONDENT/DEBTOR,
ANTHONY H. MASON, CHAPTER 7 TRUSTEE,
    Respondents/Debtors

CASE NO. 2:10-bk-25604-CGC

**Emergency MOTION TO RECONSIDER**

RE: Real property located at
24818 W. Jones Avenue, Buckeye, AZ

(Assigned to Hon. Charles G. Case, II)

    **COMES NOW** Debtor, LUPE GOMEZ, representing herself in Pro Per, and, pursuant to Rule 7.1(e), Ariz. R. Civ. P., respectfully requests this Court to reconsider its Order, dated 2/22/2011 (the "Order"), in which this Court granted the Movant his request for a lift of the Automatic Stay..

    1.    Respondent/Debtor asks the Court to reconsider the Order, as the First Paragraph of the Order states, "...Lifting Stay, having been duly served upon Respondents..."

    2.    Respondent/Debtor respectfully states that she has never received any notification from Movant, or their Attorney, of any Motion to Lift the Automatic Stay. Had Debtor been aware that the Movant was seeking to lift the automatic stay, Debtor would

-1-

have filed her response to said Motion, and would have defended this Motion in Court, as is her legal right, according to the rules.

3. It was only on Friday, April 8, 2011, when Debtor was speaking to a case manager at the Bankruptcy Court, that she was informed of the Motion, Default, and Order.

4. Debtor was grossly harmed by the misrepresentation that was made by Movant's Attorneys stating that she had been served, when she was not, indeed, ever legally served either by mail, nor in person regarding this matter.

Accordingly, for the reasons set forth above, Respondent/Debtor asks the Court to reverse its dismissal, and reinstate the Automatic Stay, in order to allow Debtor to be legally served on this matter, to have the opportunity to respond to the Motion, and to eventually present the evidence to the Court before a verdict is rendered.

RESPECTFULLY SUBMITTED this _11_ day of April, 2011.

_Lupe Gomez_
LUPE GOMEZ
Respondent/Debtor

Original of the foregoing filed this _11_ day of April, 2011 at:

U.S. Bankruptcy Court of Arizona
230 N. First Avenue, Suite 101
Phoenix, AZ 85003

Copy of the foregoing mailed this _11_ day Of April, 2011, to:

Mark S. Bosco
Leonard J. McDonald

3

1. 2525 E. Camelback Road Suite 300
2. Phoenix, AZ 85016
   Attorney for Movant
3. 
4. and
5. Anthony H. Mason
   PO Box 4427
6. Phoenix, AZ 85030
   U.S. Bankruptcy Trustee
7. 
8. and
9. Hon. Charles G. Case, II
   230 N. First Avenue
10. Phoenix, AZ 85003
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25. 
26. 
27. 
28.