**SO ORDERED.**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

**Dated: April 13, 2011**



_____
**CHARLES G. CASE, II
U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-00939

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Lupe Gomez<br>      Debtor.<br><br>Chase Home Finance LLC<br>      Movant,<br>    vs.<br><br>Lupe Gomez, Debtor, Anthony H. Mason, Trustee.<br><br>      Respondents. | No. 2:10-bk-25604-CGC<br><br>Chapter 7<br><br>ORDER DENYING EMERGENCY MOTION FOR RECONSIDERATION<br><br>(Related to Docket #39)<br><br>RE: Real Property Located at<br>24818 W. Jones Avenue<br>Buckeye, AZ 85326 |

On April 12, 2011 came on for consideration Lupe Gomez's ("Debtor") Motion for Reconsideration in regards to the Order that was granted on February 22, 2011 (Docket No. 39). After reviewing the pleadings and listening to the arguments presented, the Court finds that Debtor's Motion for Reconsideration shall be denied.

    IT IS ORDERED.